ACCEPTED
15-25-00079-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/6/2025 9:41 PM
CHRISTOPHER A. PRINE
CLERK

Case No. 15-25-00079-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/6/2025 9:41:37 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| Misty Strauss | § | |
| | § | Court of Appeals of Texas |
| v. | § | |
| | § | |
| | § | Fifteenth District |
| Texas Department of Criminal Justice | § | |
| | § | |

## Appellant's Unopposed Motion to Extend Time to File Reply Brief

Appellant Misty Strauss respectfully requests this Court to extend his deadline to file her reply brief until October 13, 2025 for the following reasons:

1.     Appellant's reply brief is due September 6, 2025.

2.     Appellant requests a 7-day extension of this deadline; she has been granted two previously extensions to file her opening brief; one for 30 days and one for 7 days; and one 20-day extension to file her reply brief.

3.     Appellee seeks this relief because his undersigned counsel began trial this morning, October 6, 2025, in *Amiri v. Syed & Syed Ventures LLC*, which is pending in Dallas County Court at Law No. 4 as Cause No. CC-20-04875-D. In addition, Appellant's undersigned counsel has also been responsible for the following over the past 14 days:

- 1 -

— September 19, 2025: Opposition to motion for summary judgment due in *Doe v. Los Angeles Unified School District*, which is pending in California's Superior Court for Los Angeles County as Case No. 22STCV36900;

— September 22, 2025: Reply brief due in *Harcourt v. Tesla, Inc.*, which is pending in California's Sixth District Court of Appeal as Case No. H052308;

— September 29, 2025: Responses to four pre-trial motions due in *Forrest v. Lucas Construction Co.*, which is pending in the 122nd District Court of Galveston County, Texas as Cause No. 23-CV-1475 (with hearing on October 1, 2025);

— October 2, 2026: Rescheduled summary-judgment hearing in *In re The MV Rebekah*, which is pending in the United States District Court for the Western District of Washington as Case No. 2:24-cv-237;

— October 3, 2025: Post-hearing brief due in *Morales v. Extra Space Management, Inc.*, which is pending in private arbitration with Mark Gilbert in Dallas, Texas.

4.     Appellee's counsel does not oppose this motion and Appellee will not be prejudiced if it is granted.

5.     This motion is not made for purposes of delay.

Respectfully submitted,

/s/ Matthew J. Kita
MATTHEW J. KITA
Texas Bar No. 24050883
3110 Webb Avenue, Suite 150
Dallas, Texas 75205
(214) 699-1863
matt@mattkita.com

## CERTIFICATE OF CONFERENCE

On October 6, 2025, I conferenced with counsel for Appellee, Joseph McDuffie, via e-mail regarding the merits of this motion and he represented that he does not oppose the relief requested.

/s/ Matthew J. Kita
MATTHEW J. KITA

## CERTIFICATE OF SERVICE

I certify that on October 6, 2025, I served a copy of this notice on the following counsel of record via e-filing in accordance with Texas Rule of Appellate Procedure 9.5 and this Court's local rules:

*Counsel for Appellee*:

Joseph McDuffie

/s/ Matthew J. Kita
MATTHEW J. KITA

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Matthew Kita on behalf of Matthew Kita
Bar No. 24050883
matt@mattkita.com
Envelope ID: 106517641
Filing Code Description: Motion
Filing Description: Appellants Unopposed Motion to Extend Time to File Reply Brief
Status as of 10/7/2025 7:04 AM CST

Associated Case Party: Misty Strauss

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Matthew JKita | | matt@mattkita.com | 10/6/2025 9:41:37 PM | SENT |

Associated Case Party: Texas Department of Criminal Justice

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph McDuffie | | Joseph.McDuffie@oag.texas.gov | 10/6/2025 9:41:37 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Gloriana Ojeda | | gloriana.ojeda@oag.texas.gov | 10/6/2025 9:41:37 PM | SENT |
| Courtney Sawhill | | courtney.sawhill@oag.texas.gov | 10/6/2025 9:41:37 PM | SENT |